NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
03-1515

RODD AND KAY RICHOUX

VERSUS

SHELTER INSURANCE COMPANY

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-1739-B
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

**********
ARTHUR J. PLANCHARD
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell and Arthur J. Planchard, Judges[*].

AFFIRMED.

Mark Terrance Hoychick
P. O. Drawer 391
Eunice, LA 70535-0391
Counsel for Plaintiffs-Appellants
        Rodd Richoux and Kay Richoux

James Paul Lambert
P. O. Box 80247
Lafayette, LA 70598-0247
Counsel for: Plaintiffs-Appellants
        Rodd Richoux and Kay Richoux

Patrick Wade Kee
P. O. Drawer 51288
Lafayette, LA 70505
Counsel for Defendant-Appellee
        Shelter Insurance Company

_____

[*]Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.